The City of Buffalo, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented on the ground that even if the statute applies the facts found in the eighteenth and nineteenth findings of fact show that there was not an abandonment of the street, within the meaning of the statute,* and that so far as the facts contained in the third conclusion of law are at variance with the facts found in the eighteenth and nineteenth findings of fact the latter must control. (See *Nickell* v. *Tracy*, 184 N. Y. 386.)

William H. Fitzpatrick, Respondent, v. Charles Mosier, Appellant.— Order affirmed, with costs. All concurred.

The Spring Garden Insurance Company, Appellant, v. Remi Miller, Respondent.— Order affirmed, with costs. All concurred.

William Adams, Respondent, v. Benjamin Adams and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concurred.

George W. Reeves, as Receiver in Proceedings Supplementary to Execution of the Property of James F. Converse, Respondent, v. James F. Converse and George M. Wood, Appellants.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented and voted for modification of the judgment by striking out the provision requiring delivery of possession of the real estate to the receiver and also the provision which absolutely sets aside the deed and cancels the same of record. (See *Harris* v. *Osnowitz*, 35 App. Div. 594, and *Moyer* v. *Moyer*, 7 id. 523.)

Paul Czosek, by Charles Czosek, his Guardian ad Litem, Respondent, v. Mary Jaeckle, Individually and as Executrix, etc., of Jacob Jaeckle, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ellery Colby and Others, as Trustees for the Benefit of Ellery Colby and Others, Respondents, v. The Town of Mount Morris, Appellant, Impleaded with the Town of Leicester, Respondent.— Judgment affirmed, with separate bills of costs to the respondents, on opinion of Nash, J., delivered at Special Term. All concurred; Nash, J., not sitting.

Ira A. Rapalee, Respondent, v. The Sworts Produce Company, Limited, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles F. Lane, as Executor, etc., of Francis Bowman Lane, Deceased, Respondent, v. George W. McFarland, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. The City of Geneva, Respondent, v. Board of Supervisors of Ontario County, Appellant.— Order affirmed, with costs, on opinion of Sutherland, J., delivered at Special Term. (Reported in 50 Misc. Rep. 63.) All concurred.

The People of the State of New York, Respondent, v. Joseph Izzo and Patsy Corono, Appellants.— Judgment of conviction affirmed. All concurred.

Frank A. Weddigan and Another, Respondents, v. William F. Whiting, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

James M. Hamilton, Appellant, v. Frank V. Fleckenstein, Defendant, Impleaded with William S. Morse and Others, Respondents.— Judgment affirmed, with costs. All concurred.

---

* See 1 R. S. 520, § 99, as amd. by Laws of 1861, chap. 311, and re-enacted in Highway Law (Laws of 1890, chap. 568), § 99.— [REP.